IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIYLAH BURNS : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 23-5086 |
| BLAKELEY COOPER, et. al. : | |

## ORDER

AND NOW, this 1st day of April, 2024, upon consideration of Garnishee Merck Sharp & Dohme LLC's Motion to Dismiss and Quash Plaintiff Jamiylah Burns' Writs of Execution (Document No. 9) and Burns' Response in opposition, it is hereby ORDERED that the Motion is GRANTED and the Writs of Execution served on Merck Sharp & Dohme LLC relative to the monies held in the Merck U.S. Saving Plan #74821 belonging to Defendant Blakely Cooper are DISMISSED and QUASHED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,        J.